IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MILAGROS ALVARENGA,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**CARLSON WAGONLIT TRAVEL, INC., a Delaware Corporation; and DOES 1 through 25, inclusive,**<br><br>                              Defendants. | No. 1:15-cv-01560 AWI-BAM<br><br>**ORDER ENTERING STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

   On March 25, 2016, Plaintiff Milagros Alvarenga and Defendant Carlson Wagonlit Travel, Inc. filed a notice of settlement. On April 7, 2016, the parties filed a stipulated dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulated that party is to bear its own costs, attorneys' fees, and expenses.

   Based on the parties' stipulation, this entire action is dismissed with prejudice.

IT IS SO ORDERED.

Dated:  April 13, 2016                              _____
                                                            SENIOR  DISTRICT  JUDGE

1